1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9
10   RAFAEL SANCHEZ and GABRIELA          )      NO. 1:09-CV-01238-AWI-DLB
     SANCHEZ,                             )
11                                        )      ORDER CONTINUING MOTION
                    Plaintiffs,           )      HEARING
12                                        )
                    v.                    )
13                                        )
     FIRST FRANKLIN BANK, NA et al.,      )
14                                        )
                    Defendants.           )
15   _____  )
16
17         Due to the pending Motion to Withdraw as Attorney of Record, which is set before the
18   Court on December 11, 2009, at 9:00 a.m. in Courtroom 9, the Motion to Dismiss Hearing set for
19   November 16, 2009 at 1:30 p.m. in Courtroom 2 is continued to January 11, 2010 at 1:30 p.m. in
20   Courtroom 2 before District Judge Anthony W. Ishii.
21
22   IT IS SO ORDERED.
23   **Dated:    November 10, 2009**            /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28